IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEMRY CROFT ) | |
| ) | Case No. 3:22-cv-01026 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| TENNESSEE STATE UNIVERSITY ) | |
| BOARD OF TRUSTEES ) | |

**O R D E R**

Pending before the Court is the motion of Plaintiff's counsel to withdraw (Docket No. 42), which for the reasons requested, is GRANTED as follows. Plaintiff shall have until **November 15, 2023** to retain new counsel. If new counsel has not entered an appearance on behalf of Plaintiff by that date, Plaintiff will be deemed to be proceeding *pro se*.

If Plaintiff elects to proceed *pro se*, he will be entitled to some indulgences. However, the lenient treatment generally accorded to *pro se* litigants has limits and *pro se* parties must follow the same rules of procedure that govern other litigants. Specifically, Plaintiff will be expected to follow the Federal Rules of Civil Procedure and to comply with the Court's orders, including without limitation the scheduling and trial orders in this case.

The Clerk of Court is directed to send copies of this Order, the Initial Case Management Order (Docket No. 38), and the Order setting trial (Docket No. 40) by first class mail to Plaintiff at the address provided in the motion to withdraw. (Docket No. 42 at 1-2.)

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge