DEMRY CROFT

921 NIGHT OWL LANE

ROSCOE, IL 61073

815-319-8079

RECEIVED

JAN 29 2024

U.S. District Court
Middle District of TN

January 22, 2024

Clerk's Office

United States District Court Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

Croft v. TSU Board of Trustees   Case 3:22-cv-01026

To Whom It May Concern:

Please find enclosed three motions (2 copies each) for the above referenced case. The motions are:

1. Motion For Permission to Join E-File System.
2. Motion For Pro Bono Mediation
3. Motion For Modification of Case Management Order

I am a Pro Se Litigant.


Demry Croft

DEMRY CROFT

921 NIGHT OWL LANE

ROSCOE, IL 61073

815-319-8079

January 25, 2024

Magistrate Barbara Holmes

United States District Court Middle District of Tennessee
719 Church Street, Suite 1300
Nashville, TN 37203

Croft v. TSU Board of Trustees   Case 3:22-cv-01026

Please find enclosed, three motions that I mailed via overnight mail on January 22, 2024 with a guaranteed delivery date of January 24, 2024. As of today, it appears that my package was lost by USPS so I am resending the motions via Federal Express.

I am aware that the Motion for a modification of the case management order is time sensitive. Therefore I am including proof of my attempt to get these documents to the court in a timely manner. I mailed them in time to reach the court on January 24, 2024 which is 7 days prior to the due date for the case resolution report. I please ask that you consider this when reviewing and ruling on my motions.

Thank you for your consideration.

Demry Croft



# UNITED STATES POSTAL SERVICE.

TINLEY PARK
7230 171ST ST
TINLEY PARK, IL 60477-9998
(800)275-8777

01/22/2024                                  06:23 PM
--------------------------------------------------
Product              Qty    Unit       Price
                            Price
--------------------------------------------------
PM Express 2-Day      1                $30.45
Flat Rate Env
    Nashville, TN 37203
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
        Wed 01/24/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
        EI923406984US
    Insurance                          $0.00
        Up to $100.00 included
Total                                  $30.45

--------------------------------------------------
Grand Total:                           $30.45
--------------------------------------------------
Credit Card Remit                      $30.45
    Card Name: VISA
    Account #: XXXXXXXXXXXX7750
    Approval #: 027252
    Transaction #: 909
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Not Required
--------------------------------------------------

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.