IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEMRY CROFT, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 3:22-cv-01026 |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| TENNESSEE STATE UNIVERSITY | ) | |
| BOARD OF TRUSTEES, | ) | |
| | ) | |
| Defendant. | | |

## ORDER

On April 28, 2023, this case was referred to the Magistrate Judge for case management under 28 U.S.C. § 636(b)(1)(A) and in accordance with Local Rule 16.01. (Doc. No. 27, "Referral Order"). At the time the Court entered the Referral Order, Plaintiff was represented by counsel. On September 18, 2023, the Magistrate Judge granted the motion of Plaintiff's counsel to withdraw and ordered Plaintiff to retain new counsel by November 15, 2023 or proceed pro se. (Doc. No. 43). Since new counsel for has not made an appearance, Plaintiff with proceed pro se.

Given that Plaintiff is now proceeding pro se, it is appropriate to expand the scope of the Magistrate Judge's referral. Accordingly, pursuant to 28 U.S.C. §§ 636(b)(1)(A) & (B), this action is **REFERRED** to the Magistrate Judge for customized case management, to dispose or recommend disposition of any pre-trial, non-dispositive motions, to issue a Report and Recommendation on all dispositive motions, and to conduct further proceedings, if necessary, under Rule 72(b), Fed. R. Civ. P., and the Local Rules of Court. Any deadlines previously set by the Magistrate Judge remain in effect; provided however, the Magistrate Judge may withdraw or revise any deadlines as appropriate under the circumstances.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE