IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

DEMRY CROFT                          )
                                     )
        v.                           )        NO. 3:22-cv-01026
                                     )        Richardson/Holmes
TENNESSEE STATE UNIVERSITY           )
BOARD OF TRUSTEES                    )

**O R D E R**

The *pro se* Plaintiff's motion for permission to make electronic filings (Docket Entry No. 44) is **CONDITIONALLY GRANTED** to the extent that Plaintiff requests to become a registered user of the CM/ECF electronic filing system. Local Rule of Court 5.02 and Administrative Order 167 provide for Electronic Case Filing ("ECF") and permit *pro se* parties to file electronically if registered as provided in Section 7 of Administrative Order 167. Plaintiff should contact Greg Bowersock in the Clerk's office to receive information on how to use the CM/ECF system.

To do this Plaintiff can call the Clerk's office at 615-695-2829 and speak to Mr. Bowersock or may email Mr. Bowersock at Greg_Bowersock@TNMD.uscourts.gov.

If Plaintiff is permitted to use the CM/ECF system without first attending the training class, he must comply with the Amended Practices and Procedures for Electronic Case Filings, as set out in Administrative Order 167-1. Repeated instances of a failure to follow the proper procedures for electronic filing may result in reconsideration of the instant Order and revocation of any filing privileges afforded to Plaintiff.

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge