UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| DEMRY CROFT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | CASE NO. 3:22-cv-01026 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| TENNESSEE STATE UNIVERSITY BOARD OF TRUSTEES, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Via an order dated February 22, 2024 (Doc. No. 51, "Order"), the magistrate judge denied Plaintiff's motion for pro bono mediation (Doc. No. 45) and ordered the parties to make another attempt at settlement and file a case-resolution status report no later than April 19, 2024.

The case is therefore **STAYED** pending a case resolution status report from the parties made in accordance with the Order. Alternatively, the parties may move the Court to reopen the case at any time for good cause. The jury trial scheduled for January 28, 2025 is **CANCELED,** to be reset if needed upon the reopening of the case. The Clerk is directed to administratively close the case.

It is so ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE