UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
MAY 08 2024
U.S. District Court
Middle District of TN

| | |
|---|---|
| DEMRY CROFT<br>    Plaintiff,<br><br>v.<br><br>TENNESSEE STATE UNIVERSITY<br>BOARD OF TRUSTEES<br>    Defendant. | CASE NO: 3:22-cv-01026<br><br>Judge Eli Richardson<br>Magistrate Judge Barbara Holmes |

## PLAINTIFF'S MOTION TO REOPEN CASE

Plaintiff, Demry Croft hereby motions this court to reopen his case. In support hereof, Plaintiff states as follows:

1. Plaintiff is currently proceeding pro se.

2. Plaintiff's previous counsel of record abruptly withdrew without conducting any discovery on Plaintiff's behalf (Document 43).

3. Plaintiff has complied with Defendant's discovery requests by submitting responses to Defendant's First Set of Interrogatories and Request for Production of Documents on March 12, 2024.

4. Plaintiff served his First Set of Interrogatories upon Defendant on March 25, 2024 and said discovery is still outstanding.

5. Defendant has not provided any discovery since this court administratively stayed the case on February 29, 2024 to allow the parties to attempt a resolution (Document 52).

6. The parties submitted a Joint Status Resolution Report on April 19, 2024 (Document 53).

7. The parties were unable to reach a resolution as of April 19, 2024.

8. Plaintiff made a good faith attempt. However, Plaintiff was forced to proceed with the negotiations without any discovery from the Defendant.

9. This court has previously stated that enough discovery should be exchanged to allow substantive negotiations between the parties (Document 38).

10. Plaintiff is entitled to discovery from Defendant in order to effectively negotiate and/or proceed with his case.

11. Plaintiff is unable to successfully proceed or defend his case without receiving discovery from Defendant.

12. Plaintiff is in discussions with attorneys that are evaluating his case but need to review all discovery in order to determine whether they will represent Plaintiff.

WHEREFORE, Plaintiff asks this court to reopen the case to:

A. Allow discovery between the parties to proceed;

B. For such further relief deemed appropriate by this court.

*Demry Croft*       May 4, 2024

Demry Croft         Date

Demry Croft
Pro Se
921 Night Owl Lane
Roscoe, IL 61073
815-319-8079
demrycroft@gmail.com



Reusable Env(elope)

Recycle me.

ORIGIN ID:JOTA (508) 481-3375
ROBERT CROFT
921 NIGHT OWL LN
ROSCOE, IL 61073
UNITED STATES US

TO CLERK'S OFFICE
US DISTRICT COURT OF TENNESSEE
719 CHURCH ST
SUITE 1300
NASHVILLE TN 37203
(615) 736-5498

RECEIVED
MAY 08 2024
U.S. District Court
Middle District of TN

SHIP DATE: 05MAY24
ACTWGT: 0.90 LB
CAD: 9871171/RDBA2S30

FedEx Express

TUE - 07 MAY 5:00P
TRK 7762 3532 1798  STANDARD OVERNIGHT

XS RNCA    37203
TN-US BNA