> The Motion is GRANTED, and the Clerk is DIRECTED to reopen the case and lift the stay imposed at Doc. No. 52.
>
> *Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
MAY 08 2024
U.S. District Court
Middle District of TN

DEMRY CROFT
    Plaintiff,

v.

TENNESSEE STATE UNIVERSITY
BOARD OF TRUSTEES
    Defendant.

CASE NO: 3:22-cv-01026

Judge Eli Richardson
Magistrate Judge Barbara Holmes

## PLAINTIFF'S MOTION TO REOPEN CASE

Plaintiff, Demry Croft hereby motions this court to reopen his case. In support hereof, Plaintiff states as follows:

1. Plaintiff is currently proceeding pro se.

2. Plaintiff's previous counsel of record abruptly withdrew without conducting any discovery on Plaintiff's behalf (Document 43).

3. Plaintiff has complied with Defendant's discovery requests by submitting responses to Defendant's First Set of Interrogatories and Request for Production of Documents on March 12, 2024.

4. Plaintiff served his First Set of Interrogatories upon Defendant on March 25, 2024 and said discovery is still outstanding.

5. Defendant has not provided any discovery since this court administratively stayed the case on February 29, 2024 to allow the parties to attempt a resolution (Document 52).

Case 3:22-cv-01026    Document 60    Filed 05/29/24    Page 1 of 1 PageID #: 258