# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

DEMRY CROFT,             )

                      )

        Plaintiff,     )     Case No.: 3:22-cv-1026

vs.                    )

                      )     Judge Eli Richardson

TENNESSEE STATE UNIVERSITY    )

BOARD OF TRUSTEES and OFFICER    )     Magistrate Judge Barbara D. Holmes

THOMAS PHELPS, in his official    )

capacity,                )

                      )

        Defendants.    )

---

## JOINT MOTION TO REOPEN CASE AND
## SCHEDULE CASE MANAGEMENT CONFERENCE

---

Pursuant to the Court's Order (Doc. 66), the parties move this Honorable Court to reopen this case and schedule a case management conference. Plaintiff has reviewed this motion consents to its filing.

JONATHAN SKRMETTI
ATTORNEY GENERAL AND REPORTER

*/s/ Jeffrey B. Cadle*
Jeffrey B. Cadle (BPR #37037)
Assistant Attorney General
Rachel A. Newton (BPR #22960)
Assistant Attorney General
Education and Employment Division
P. O. Box 20207
Nashville, TN 37202-0207
Telephone:   (615) 741-2472
jeffrey.cadle@ag.tn.gov
rachel.newton@ag.tn.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on October 14, 2024, via electronic mail upon the following:

Demry Croft
921 Night Owl Lane
Roscoe, IL 61073
demrycroft@gmail.com

_/s/ Jeffrey B. Cadle_
Jeffrey B. Cadle