IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **DEMRY CROFT** | ) |
| | ) Case No. 3:22-01026 |
| v. | ) Judge Richardson |
| | ) Magistrate Judge Holmes |
| **TENNESSEE STATE UNIVERSITY** | ) |
| **BOARD OF TRUSTEES** | ) |

**O R D E R**

Pending before the Court is the parties' joint motion to reopen case and to set a case management conference (Docket No. 69), which is **GRANTED IN PART** as provided for below. The Clerk is **DIRECTED TO REOPEN** this case as of the date of entry of this order.

However, because Plaintiff is proceeding *pro se*, this case is exempt from case management conferences. *See* Local Rule 16.01(c)(1). For that reason, the Court declines to set a case management conference and will, instead, enter a scheduling order following the parties' filing of the following case status report.

By no later than **November 1, 2024**, the parties must file a joint case status report that: (i) provides an update on the status of any discovery taken or pending in this case prior to the date on which it was administratively closed, including the discovery already taken and the nature and anticipated timing of any remaining discovery, including depositions and (ii) includes the parties' proposed schedule for discovery and filing of motions for summary judgment.[1] Defendant's counsel shall coordinate preparation of the joint case status report with Plaintiff.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] If the parties cannot agree on scheduling or timing, they may each include their respective proposals in the joint case status report.